CAMEL CITY LUMBER COMPANY v. C. C. INGRAM ET AL.

(Filed 5 November, 1930.)

APPEAL by defendants from *Clement, J.,* at April Term, 1930, of FORSYTH.

Civil action to recover for materials furnished by plaintiff and used by H. L. Steelman, contractor, in the construction of an apartment house for C. C. Ingram, owner.

From the judgment entered on facts agreed, found or not disputed, the defendants appeal, assigning error.

RUDD *v.* HOLMES; CAB CO. *v.* KAMOS.

*A. B. Cummings for plaintiff.*
*Nat S. Crews, Fred S. Hutchins, Polikoff & Kirven, W. H. Boyer, C. F. Burns, R. M. Weaver and L. V. Scott for defendants.*

PER CURIAM. The record discloses no exceptive assignment of error of sufficient merit to warrant a reversal of the judgment. Hence, it will not be disturbed.

No error.